THE STATE EX REL. BAUM, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Baum v. Indus. Comm.* (1998), 84 Ohio St.3d 219.]

(No. 97–1098—Submitted October 12, 1998—Decided December 30, 1998.)

---

*Brian & Brian* and *Richard F. Brian,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cordelia A. Glenn,* Assistant Attorney General, for appellee Industrial Commission.

*Black, McCuskey, Souers & Arbaugh* and *Mary E. Randall,* for appellee Republic Engineered Steels, Inc.

The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for further proceedings in compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

**LUNDBERG STRATTON, J., dissenting.** I dissent and would affirm the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.